134 A.3d 444

IN THE MATTER OF EUNGNAM PETER SHIN, AN ATTORNEY AT LAW (ATTORNEY NO. 049441998).

May 5, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–138, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, that **EUNGNAM PETER SHIN of FLUSHING, NEW YORK,** who was admitted to the bar of this State in 1998, should be reprimanded for conduct that in New Jersey violates *RPC* 3.3(a)(1) (false statement to a tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **EUNGNAM PETER SHIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.